**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
      Government,

  -against-

SEAN JOHNSON,
      Defendant.
------------------------------------------------------------X

15 CR. 288 (RMB)

**ORDER**

  In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, August 16, 2021 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 2881

Dated: August 12, 2021
   New York, NY

                _____
                 RICHARD M. BERMAN
                    U.S.D.J.