UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                          15 CR. 288 (RMB)
    -against-

                                                          **ORDER**

SEAN JOHNSON,
                Defendant.
------------------------------------------------------------X

        The supervised release hearing previously scheduled for Tuesday, December 14, 2021 at 10:30 AM is hereby rescheduled to Monday, December 13, 2021 at 11:30 AM.

        In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2881

Dated: December 9, 2021
       New York, NY

                                                                     _____
                                                                         RICHARD M. BERMAN
                                                                             U.S.D.J.