**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                  15 CR. 288 (RMB)

   -against-

                                                  **ORDER**

SEAN JOHNSON,
                Defendant.
------------------------------------------------------------X

       The supervised release hearing previously scheduled for Monday, December 13, 2021 at 11:30 AM is hereby rescheduled to Wednesday, December 22, 2021 at 11:00 AM.

       In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 2881

Dated: December 10, 2021
       New York, NY

                                                    _____
                                                       RICHARD M. BERMAN
                                                             U.S.D.J.