# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

---

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

December 22, 2021

BY ECF
Hon. Richard Berman
United States District Judge
Southern District of New York
500 Pearl Streeet
New York, NY 10007

Re: *United States v Johnson*, 15 Cr. 288 (RMB)

Your Honor:

      As you are aware, I am currently representing Sean Johnson on a violation of supervised release proceeding, and have been doing so for the past year. Although I represented him previously on his underlying case, I have been informed that I need to be re-appointed for the current proceedings in order to submit a voucher for payment. Accordingly, I ask that this Court re-appoint me, *nunc pro tunc,* to November 24, 2020 (the date I was first informed of the matter), for the purpose of representing Mr. Johnson on his supervised release violation case.

Respectfully submitted,

_____/s/_____
James E. Neuman

Application granted.

SO ORDERED:
Date: 1/3/2022

Richard M. Berman, U.S.D.J.