**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

               15 CR. 288 (RMB)

  -against-

               **ORDER**

SEAN JOHNSON,
               Defendant.
------------------------------------------------------------X

light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, February 2, 2022 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2881

Dated: January 26, 2022
       New York, NY

                                              _____
                                              RICHARD M. BERMAN
                                                   U.S.D.J.