UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                    15 CR. 288 (RMB)
    -against-

                                                                  **ORDER**

SEAN JOHNSON,
                Defendant.
-----------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, March 16, 2022 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 2881

Dated: March 9, 2022
       New York, NY

                                                      _____
                                                            RICHARD M. BERMAN
                                                                 U.S.D.J.