UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

       -against-

SEAN JOHNSON,
                Defendant.
------------------------------------------------------------X

15 CR. 288 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, July 20, 2022 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2881

Dated: July 14, 2022
       New York, NY

                                        RICHARD M. BERMAN
                                            U.S.D.J.