**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                            15 CR. 288 (RMB)

   -against-

                                                             **ORDER**

SEAN JOHNSON,
                Defendant.
-----------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, September 21, 2022 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 2881

Dated: September 7, 2022
       New York, NY

                                                          _____
                                                              RICHARD M. BERMAN
                                                                    U.S.D.J.