**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                        15 CR. 288 (RMB)

   -against-

                                                                        **ORDER**

SEAN JOHNSON,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, November 3, 2022 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      Dial-in Number: (646) 453-4442
      Conference ID: 613 655 232#

Dated: October 27, 2022
       New York, NY

                                                                        _____
                                                                             RICHARD M. BERMAN
                                                                                   U.S.D.J.