**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                          15 CR. 288 (RMB)

   -against-

                                                         **ORDER**

SEAN JOHNSON,
               Defendant.
------------------------------------------------------------X

       The supervised release hearing scheduled for Monday, December 5, 2022 at 10:00 A.M. will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Access Code: 986 094 907#

Dated: November 30, 2022
       New York, NY

                                                            _____
                                                               RICHARD M. BERMAN
                                                                  U.S.D.J.