**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                   Government,      :    15 CR. 288 (RMB)
                                                  :
      - against -                            :    **ORDER**
                                                  :
SEAN JOHNSON,                                     :
                   Defendant.       :
---------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, February 14, 2023 at 9:00 A.M. – in the absence of defense objection – will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 986 094 907#

Dated: January 13, 2023
       New York, NY

                                            *Richard M. Berman*
                                    **RICHARD M. BERMAN**
                                                **U.S.D.J.**