**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                       Government,          :        15 CR. 288 (RMB)
                                              :
      - against -                           :        **ORDER**
                                              :
SEAN JOHNSON,                                 :
                       Defendant.           :
---------------------------------------------------------------x

       The supervised release hearing previously scheduled for Tuesday, February 14, 2023 at 9:00 A.M. is hereby rescheduled to Wednesday, February 8, 2023 at 10:00 A.M.

       In the absence of defense objection – the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 599 865 077#

Dated: January 25, 2023
       New York, NY

                                                                       *Richard M. Berman*
                                                   **RICHARD M. BERMAN**
                                                    **U.S.D.J.**