UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,    :       15 CR. 288 (RMB)
                                           :
         - against -                     :       **ORDER**
                                           :
SEAN JOHNSON,                              :
                    Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday April 10, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 801 387 261#

Dated: April 5, 2023
       New York, NY

                                              *Richard M. Berman*
                                            **RICHARD M. BERMAN**
                                                  **U.S.D.J.**