**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,         :

               Government,     :     15 CR. 288 (RMB)

    - against -             :     **ORDER**

SEAN JOHNSON,              :
               Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, July 5, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 897 883 609#

Dated: June 28, 2023
       New York, NY

                                          *Richard M. Berman*
                                    **RICHARD M. BERMAN**
                                            **U.S.D.J.**