UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,     :
    :
                 Government,     :     15 CR. 288 (RMB)
    :
      - against -     :     **ORDER**
    :
SEAN JOHNSON,     :
                 Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, August 23, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 244 550 902#

Dated: August 16, 2023
        New York, NY

                                          **RICHARD M. BERMAN**
                                                 **U.S.D.J.**