**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                              Government,    :        15 CR. 288 (RMB)
                                             :
              - against -                    :        **ORDER**
                                             :
SEAN JOHNSON,                                :
                              Defendant.     :
------------------------------------------------------------------x


        The supervised release hearing is scheduled for Monday, September 18, 2023 at

11:00 A.M.

        In the absence of defense objection, the proceeding will be held by video.

        Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


        Dial-in Number: (646) 453-4442
        Conference ID: 841 676 078#


Dated: September 13, 2023
       New York, NY

                                                    *Richard M. Berman*
                                            _____
                                                 **RICHARD M. BERMAN**
                                                      **U.S.D.J.**