**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                                :
                            Government,    :    15 CR. 288 (RMB)
                                                                                :
               - against -                          :    **ORDER**
                                                                                :
SEAN JOHNSON,                                     :
                            Defendant.      :
-------------------------------------------------------------x

The supervised release hearing previously scheduled for Wednesday, November 8, 2023 at 2:00 P.M. is hereby rescheduled to Monday, December 11, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 537 090 558#

Dated: October 30, 2023
       New York, NY

                                                    _____
                                                    **RICHARD M. BERMAN**
                                                          U.S.D.J.