**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,        15 CR. 288 (RMB)

    - against -                  **ORDER**

SEAN JOHNSON,
                Defendant.
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, December 11, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 537 090 558#

Dated: December 6, 2023
       New York, NY

                                              **RICHARD M. BERMAN**
                                                    **U.S.D.J.**