**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

UNITED STATES OF AMERICA,          :

                                       :

                   Government,     :        15 CR. 288 (RMB)

                                       :

         - against -          :        **ORDER**

                                       :

SEAN JOHNSON,                :

                   Defendant.     :

---------------------------------------------------------------x


      The supervised release hearing is scheduled for Monday, January 8, 2024 at

9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


      Dial-in Number: (646) 453-4442
      Conference ID: 537 090 558#


Dated: January 3, 2024
      New York, NY

                          *Richard M. Berman*
                         **RICHARD M. BERMAN**
                           **U.S.D.J.**