**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                        :
                Government,              :     15 CR. 288 (RMB)
                                        :
       - against -                        :     **ORDER**
                                        :
SEAN JOHNSON,                           :
                                        :
                Defendant.              :
-----------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, February 15, 2024 at 10:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 846 349 402#

Dated: February 7, 2024
       New York, NY

                                          */s/ Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                **U.S.D.J.**