UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,     :     15 CR. 288 (RMB)
                                           :
     - against -                         :     **ORDER**
                                           :
SEAN JOHNSON,                              :
                Defendant.      :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, March 21, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 839 271 738#

Dated: March 13, 2024
       New York, NY

                                                            **RICHARD M. BERMAN**
                                                                  **U.S.D.J.**