UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                Government,      :       15 CR. 288 (RMB)
                                          :
       - against -                       :       **ORDER**
                                          :
SEAN JOHNSON,                             :
                Defendant.       :
---------------------------------------------------------------x

      The supervised release hearing is scheduled for Tuesday, April 30, 2024 at 12:30 P.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 300 054 778#

Dated: April 24, 2024
       New York, NY

                                                  *Richard M. Berman*
                                           **RICHARD M. BERMAN**
                                                **U.S.D.J.**