**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                            Government,      :          15 CR. 288 (RMB)
                                             :
                - against -                  :          **ORDER**
                                             :
SEAN JOHNSON,                                :
                                             :
                            Defendant.       :
------------------------------------------------------------x


      The supervised release hearing is scheduled for Wednesday, June 26, 2024 at

10:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


      Dial-in Number: (646) 453-4442
      Conference ID: 404 911 090#


Dated: June 18, 2024
      New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**