UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,      :

         Government,  :  15 CR. 288 (RMB)

    - against -       :  **ORDER**

SEAN JOHNSON,        :

         Defendant.   :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, July 3, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  Dial-in Number: (646) 453-4442
  Conference ID: 926 302 24#

Dated: June 26, 2024
   New York, NY

                   _____
                   **RICHARD M. BERMAN**
                       U.S.D.J.