**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,   :   15 CR. 288 (RMB)
                                           :
      - against -                        :   **ORDER**
                                           :
SEAN JOHNSON,                              :
                                           :
                    Defendant.    :
------------------------------------------------------------------x

      The supervised release hearing is scheduled for Tuesday, July 9, 2024 at 11:30 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 926 302 24#

Dated: July 8, 2024
      New York, NY

                                                    **RICHARD M. BERMAN**
                                                          U.S.D.J.