UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

Sean Johnson,
Reg. No. 74268-054,

                        Defendant.

No. 15 CR 288-11 (RMB)
ORDER

For the reasons stated on the record on July 9, 2024, the terms of the Defendant's supervised release conditions are modified to include home detention with the technology utilized to be at the discretion of the U.S. Probation Office. Home detention would restrict Johnson to his residence at all times except for employment; education; religious services; medical, substance use disorder, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as preapproved by the officer. All other terms and conditions of Defendant's sentence imposed on September 14, 2016, remain in effect.

SO ORDERED.

Dated:    July 9, 2024
            New York, New York

*RMB*

RICHARD M. BERMAN
Senior United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/24