UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                           Government,   :     15 CR. 288 (RMB)
                                         :
            - against -                  :     **ORDER**
                                         :
SEAN JOHNSON,                            :
                                         :
                           Defendant.    :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, September 4, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 597 032 41#

Dated: August 28, 2024
       New York, NY

_____
  **RICHARD M. BERMAN**
       **U.S.D.J.**