**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                Government,    :     15 CR. 288 (RMB)
                                              :
    - against -                              :     **ORDER**
                                              :
                                              :
SEAN JOHNSON,                                 :
                                              :
                Defendant(s).  :
-----------------------------------------------------------------x

      The arraignment scheduled for Wednesday, September 25, 2024 at 10:00 A.M. will take place in Courtroom 17B.


Dated: September 18, 2024
       New York, NY

                                      RICHARD M. BERMAN
                                          U.S.D.J.