# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

October 16, 2023

Hon. Richard Berman
United States District Judge
Southern District of New York
500 Pearl Streeet
New York, NY 10007

      Re: *United States v Johnson*, 15 Cr. 288 (RMB)

Your Honor:

      As you may recall, at our last conference the government moved to remand Sean Johnson, and this Court indicated that I could provide a written response, including an update from Mr. Johnson's doctor. The deadline set for that response was today. Because of delays in receiving information from the doctor, however, I am not yet read to file a response. Accordingly, I ask that the deadline for the defense to file a response to the government's application be extended one week, to October 23, 2023.

      The government consents to this application.

Respectfully submitted,

     /s/
James E. Neuman

Application Granted. Response deadline is October 23, 2024.

SO ORDERED:
Date:_____ /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.