UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                           **ORDER**

              -against-                                                  15 Cr 288

SEAN JOHNSON,

                         Defendant.
------------------------------------------------------------X

       Following today's hearing in court and upon further consideration, the Court is not now ruling on the bail/remand applications currently pending. Bail/remand remains under consideration by the Court.

       The next supervised release hearing (remote) is scheduled for December 2, 2024 at 11:00 am as set forth during the supervised release hearing held today (October 30, 2024).

Dated: New York, New York
          October 30, 2024

                                                          _____
                                                            RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/24