**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                              Government,    :    15 CR. 288 (RMB)
                                           :
             - against -              :    **ORDER**
                                           :
SEAN JOHNSON,                              :
                                           :
                              Defendant.     :
------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, December 2, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 404 235 528#

Dated: November 20, 2024
      New York, NY

                                                 _____
                                                 **RICHARD M. BERMAN**
                                                        **U.S.D.J.**