**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                               :
      Government,         :     15 CR. 288 (RMB)
                                               :
  - against -                          :     **ORDER**
                                               :
SEAN JOHNSON,                              :
                                               :
      Defendant.          :
-------------------------------------------------------------x

  The supervised release hearing is scheduled for Monday, January 6, 2025 at 10:00 A.M.

  In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

  Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  Dial-in Number: (646) 453-4442
  Conference ID: 624 069 134#

Dated: December 18, 2024
   New York, NY

               *Richard M. Berman*
              **RICHARD M. BERMAN**
                 **U.S.D.J.**