**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 15 CR. 288 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| SEAN JOHNSON, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The supervised release hearing previously scheduled for Monday, January 6, 2025 at 10:00 A.M. is hereby rescheduled to Wednesday, January 29, 2025 at 12:00 P.M

The proceeding will be held in Courtroom 17B.

Dated: January 6, 2025
New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.