UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                              Government,     :     15 CR. 288 (RMB)
                                          :
            - against -            :     **ORDER**
                                          :
SEAN JOHNSON,                            :
                                          :
                                Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, March 20, 2025 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 786 847 739#

Dated: March 12, 2025
       New York, NY

                                                 _/s/ Richard M. Berman_
                                         **RICHARD M. BERMAN**
                                                  U.S.D.J.