UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                       **ORDER**

         -against-                                                15 Cr 288

SEAN JOHNSON,

                                  Defendant.
------------------------------------------------------------X

        For the reasons stated on the record today, the Defendant is released from custody. The Court is scheduling a hearing in Courtroom 17 B, 500 Pearl Street on April 8, 2025 at 10:00 am.

Dated: New York, New York
       April 2, 2025

                                                                   _____
                                                                   **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/25