**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                        Government,        :        15 CR. 288 (RMB)
      - against -                                       :        **ORDER**

SEAN JOHNSON,                                     :

                                                        Defendant.         :
---------------------------------------------------------------x

        The plea and sentencing scheduled for Wednesday, July 9, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: July 1, 2025
       New York, NY

                                                RICHARD M. BERMAN
                                                U.S.D.J.